IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CECIL SHAW,

        Plaintiff,

  v.

WESTMOOR VILLAGE, LLC, et al.,

        Defendants.

No. C 13-2164 RS

**ORDER**

Defendant's application for an order under California Civil Code §55.54, which governs procedural aspects of suits similar to this action when brought in state court, is denied. This matter shall proceed under the provisions of the scheduling order entered on May 10, 2013 and General Order 56.

Dated: 7/9/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE