Tanya E, Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>    vs.<br><br>WESTMOOR VILLAGE, LLC, a California limited liability company, et al.,<br><br>    Defendants. | No.  3:13-cv-02164-RS<br><br>**STIPULATION CONTINUING DATES IN SCHEDULING ORDER UNDER GENERAL ORDER 56; [~~PROPOSED~~] ORDER** |

**WHEREAS**, on May 10, 2013, the Court issued its Scheduling Order for Cases Asserting Denial of Right of Access under the Americans with Disabilities Act (ECF No. 2) ("the Scheduling Order");

**WHEREAS**, the parties, with the exception of Defendants Hany Selim, aka Selim Touring Experts, dba Liquor Tobacco & Gift; and Marcelle Dabbas, aka Marcelle Selim, aka Selim Touring Experts, dba Liquor Tobacco & Gift (hereafter "the LTG Defendants"), conducted a site inspection of the subject properties on August 20, 2013;

**WHEREAS**, the LTG Defendants were granted relief from the Scheduling Order dates until ten days after their deadline to respond to an amended complaint (ECF No. 27);

**WHEREAS**, the LTG Defendants have now requested additional time to respond to the amended complaint (ECF No. 35), which request is pending before the Court;

1  **WHEREAS**, the last date by which the parties (with the exception of the LTG Defendants) must conduct an in-person meet and confer is currently September 17, 2013 (28 days after the joint site inspection);

4  **WHEREAS**, due to the unavailability of parties, counsel and/or experts, the Parties will not be able to hold the conference prior to the September 17, 2013 deadline;

6  **WHEREAS**, the Parties seek to continue the date of the in-person meet and confer to a mutually agreeable date in November 2013;

8  **NOW, THEREFORE**, the Parties hereby stipulate that the last date by which the in-person meet and confer (with the exception of the LTG Defendants) must be conducted in this action be continued from September 17, 2013 to November 29, 2013, and that Plaintiff shall file a notice of need for mediation, if necessary, within 14 days of the meet and confer.

**IT IS SO STIPULATED**.

Dated:  September 16, 2013    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff Cecil Shaw

Dated:  September 16, 2013    LAW OFFICES OF DAVID G. FINKELSTEIN

*/s/ Irene Y. Fujii*
Irene Y. Fujii
Attorneys for Defendants
Westmoor Village, LLC, a California limited liability company, and Harshad I. Patel dba Michael's Hallmark & Fine Gifts

Dated: September 17, 2013    LAW OFFICES OF JEFFREY A. CHEN

*/s/ Jeffrey A. Chen*
Jeffrey A. Chen
Attorneys for Defendant
Shi Yong Lin dba China Wok

| | | |
|---|---|---|
| 1 | Dated:  September 16, 2013 | KRING & CHUNG, LLP |
| 2 | | |
| 3 | | */s/ Shane Singh* |
| | | Shane Singh |
| 4 | | Attorneys for Defendant |
| | | Starbucks Coffee Company, erroneously sued as |
| 5 | | Starbucks Corporation, a Washington corporation, |
| 6 | | dba Starbucks Store #5618 |
| 7 | Dated:  September 17, 2013 | LAWYERS AGAINST LAWSUIT ABUSE, APC |
| 8 | | |
| 9 | | */s/ David W. Peters* |
| | | David W. Peters |
| 10 | | Attorneys for Defendants |
| | | Hany Selim, aka Selim Touring Experts, dba |
| 11 | | Liquor Tobacco & Gift; and Marcelle Dabbas, aka |
| | | Marcelle Selim, aka Selim Touring Experts, dba |
| 12 | | Liquor Tobacco & Gift |

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the last date by which the in-person meet and confer between Plaintiff Cecil Shaw and all defendants except Hany Selim, aka Selim Touring Experts, dba Liquor Tobacco & Gift, and Marcelle Dabbas, aka Marcelle Selim, aka Selim Touring Experts, dba Liquor Tobacco & Gift, must be conducted in this action be continued from September 17, 2013 to November 29, 2013, and that Plaintiff shall file a notice of need for mediation, if necessary, within 14 days of the meet and confer.

**IT IS SO ORDERED**.

Dated:  9/17/13

United States District Judge