1  Tanya E, Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Cecil Shaw

6

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | CECIL SHAW, | ) | No.  3:13-cv-02164-RS |
   |---|---|---|
12 | Plaintiff, | ) ) | **PLAINTIFF'S REQUEST FOR** |
13 | vs. | ) ) ) | **VOLUNTARY DISMISSAL OF DEFENDANTS MARCELLE DABBAS** |
14 | WESTMOOR VILLAGE, LLC, a California limited liability company, et al., | ) ) ) | **AND HANY SELIM ONLY; [~~PROPOSED~~] ORDER [Fed.  R. Civ. P. 41(a)(2)]** |
15 | | ) ) | |
16 | Defendants. | ) ) | |
17 | | ) | |

**WHEREAS**, no cross-claim or counter-claim has been filed in this Action;

**WHEREAS**, Defendants Hany Selim, aka Selim Touring Experts, dba Liquor Tobacco & Gift; and Marcelle Dabbas, aka Marcelle Selim, aka Selim Touring Experts, dba Liquor Tobacco & Gift have not filed a responsive pleading to the operative complaint in this action nor a motion for summary judgment;

**WHEREAS**, Plaintiff, Cecil Shaw ("Plaintiff"), has fully and finally settled this matter as to Defendants, Hany Selim, aka Selim Touring Experts, dba Liquor Tobacco & Gift; and Marcelle Dabbas, aka Marcelle Selim, aka Selim Touring Experts, dba Liquor Tobacco & Gift;

**WHEREAS**, Plaintiff has requested that all parties who have appeared stipulate to the dismissal of Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) but despite follow-ups, not all defendants who have appeared have responded to the request; and

**WHEREAS**, Plaintiff also requested that counsel for Defendants stipulate to dismiss Defendants, but an agreement could not be reached between Plaintiff and Defendants regarding the appropriate language for the dismissal.

**NOW, THEREFORE**, Plaintiff hereby respectfully requests that pursuant to Federal Rule of Civil Procedure 41(a)(2), <u>only</u> Defendants Hany Selim, aka Selim Touring Experts, dba Liquor Tobacco & Gift; and Marcelle Dabbas, aka Marcelle Selim, aka Selim Touring Experts, dba Liquor Tobacco & Gift, be dismissed with prejudice from this action.

Dated:  November 6, 2013                         MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff, Cecil Shaw

///
///
///
///
///

**ORDER**

Upon request of Plaintiff and good cause appearing,

**Only** defendants Hany Selim, aka Selim Touring Experts, dba Liquor Tobacco & Gift; and Marcelle Dabbas, aka Marcelle Selim, aka Selim Touring Experts, dba Liquor Tobacco & Gift, are hereby dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED**.

Dated: 11/13/13

United States District Judge