1  Tanya E. Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Cecil Shaw

6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 | CECIL SHAW, | ) No.  3:13-cv-02164-RS |
| 12 | Plaintiff, | ) **SECOND STIPULATION CONTINUING** |
| 13 | vs. | ) **DATES IN SCHEDULING ORDER** |
| | | ) **UNDER GENERAL ORDER 56;** |
| 14 | WESTMOOR VILLAGE, LLC, a California | ) [~~PROPOSED~~] **ORDER** |
| 15 | limited liability company, et al., | ) |
| 16 | Defendants. | ) |
| 17 | | ) |

1    **WHEREAS**, on May 10, 2013, the Court issued its Scheduling Order for Cases
2    Asserting Denial of Right of Access under the Americans with Disabilities Act (ECF No. 2)
3    ("the Scheduling Order");

4    **WHEREAS**, the parties, with the exception of Defendants Hany Selim, aka Selim
5    Touring Experts, dba Liquor Tobacco & Gift; and Marcelle Dabbas, aka Marcelle Selim, aka
6    Selim Touring Experts, dba Liquor Tobacco & Gift (hereafter "the LTG Defendants"),
7    conducted a site inspection of the subject properties on August 20, 2013;

8    **WHEREAS**, Plaintiff has settled this matter as to the LTG Defendants and has filed a
9    request for dismissal of the LTG Defendants pursuant to Federal Rule of Civil Procedure
10   41(a)(2), which request is pending (ECF No. 39);

11   **WHEREAS**, the parties previously requested and have been granted an extension of
12   time to complete the in-person meet and confer required under General Order 56 such that the
13   last date for the conference is currently November 29, 2013 (ECF No. 37);

14   **WHEREAS**, due to the unavailability of parties, counsel and/or experts, the Parties
15   will not be able to hold the conference prior to the November 29, 2013 deadline and have
16   confirmed their availability to hold the conference on December 5, 2013;

17   **NOW, THEREFORE**, the Parties hereby stipulate that the last date by which the in-
18   person meet and confer must be conducted in this action be continued from November 29,
19   2013 to December 5, 2013, and that Plaintiff shall file a notice of need for mediation, if
20   necessary, within 14 days of the meet and confer.

21   **IT IS SO STIPULATED**.

22

23   Dated: November 11, 2013                    MOORE LAW FIRM, P.C.

24
25                                               */s/ Tanya E. Moore*
                                                 Tanya E. Moore
26                                               Attorneys for Plaintiff
                                                 Cecil Shaw
27
28

SECOND STIPULATION CONTINUING DATES IN SCHEDULING ORDER UNDER
GENERAL ORDER 56; [PROPOSED] ORDER

Page 2

| | | |
|---|---|---|
| 1 | Dated:  November 26, 2013 | LAW OFFICES OF DAVID G. FINKELSTEIN |

*/s/ Irene Y. Fujii*
Irene Y. Fujii
Attorneys for Defendants
Westmoor Village, LLC, a California limited liability company, and Harshad I. Patel dba Michael's Hallmark & Fine Gifts

Dated: November 26, 2013                LAW OFFICES OF JEFFREY A. CHEN

*/s/ Jeffrey A. Chen*
Jeffrey A. Chen
Attorneys for Defendant
Shi Yong Lin dba China Wok

Dated:  November 26, 2013              KRING & CHUNG, LLP

*/s/ Shane Singh*
Shane Singh
Attorneys for Defendant
Starbucks Coffee Company, erroneously sued as Starbucks Corporation, a Washington corporation, dba Starbucks Store #5618

1 **ORDER**

2 The Parties having so stipulated and good cause appearing,

3 **IT IS HEREBY ORDERED** that the last date by which the in-person meet and confer
4 between the parties must be conducted in this action be continued from November 29, 2013 to
5 December 5, 2013, and that Plaintiff shall file a notice of need for mediation, if necessary,
6 within 14 days of the meet and confer.

8 **IT IS SO ORDERED**.

10 Dated: 11/26/13

United States District Judge