| | |
|---|---|
| 1 | Shane Singh, Bar No. 202733 |
| | ssingh@kringandchung.com |
| 2 | KRING & CHUNG, LLP |
| | 2620 J Street, Suite 1 |
| 3 | Sacramento, CA  95816-4381 |
| | Telephone:  (916) 266-9000 |
| 4 | Facsimile:  (916) 266-9001 |
| 5 | Attorneys for Defendant |
| | STARBUCKS COFFEE COMPANY (sued herein |
| 6 | as STARBUCKS CORPORATION, a Washington |
| | corporation, dba STARBUCKS STORE #5618) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| CECIL SHAW, | ) | Case No. 3:13-CV-02164-RS | |
| | ) | | |
| Plaintiff, | ) | **SUBSTITUTION OF ATTORNEY;** | |
| vs. | ) | **ORDER** | |
| | ) | | |
| WESTMOOR VILLAGE, LLC, a California limited liability company; SHI YONG LIN, dba CHINA WOK; HARSHAD I. PATEL, dba MICHAEL'S HALLMARK; STARBUCKS CORPORATION, a Washington corporation, dba STARBUCKS STORE #5618; HANY SELIM, aka SELIM TOURING EXPERTS, dba LIQUOR TOBACCO & GIFT; MARCELLE DABBAS, aka MARCELLE SELIM, aka SELIM TOURING EXPERTS, dba LIQUOR TOBACCO & GIFT;, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Action Filed: May 10, 2013 | |
| Defendant. | ) | | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant STARBUCKS COFFEE COMPANY (sued herein as STARBUCKS CORPORATION, a Washington corporation, dba STARBUCKS STORE #5618) hereby substitutes Shane Singh of Lewis Brisbois Bisgaard & Smith LLP, 2850 Gateway Oaks Drive, Suite 450, Sacramento, California, Telephone Number (916) 564-5400, Facsimile Number (916) 564-5444 as their attorney of record in the above-entitled action instead of the law firm of Kring & Chung, LLP. This substitution may be signed in facsimile counter parts in order to avoid delay.

F:\3628\0022\cf\SOA.docx

1  I have read this substitution of attorneys and consent to the foregoing
2  substitution.
3  Dated: January 29, 2014

5  By: */s/ Katina Thornock (on file w/ counsel)*
6  Katina Thornock
   Representative of Defendant
7  STARBUCKS COFFEE
   COMPANY (sued herein as
8  STARBUCKS CORPORATION, a
   Washington corporation, dba
9  STARBUCKS STORE #5618)

10  We agree to the above substitution.
11  Dated: January 30, 2014
         KRING & CHUNG, LLP

13
14  By: */s/ Kyle D. Kring (on file w/ counsel)*

15  Attorneys for Defendant
    STARBUCKS COFFEE
16  COMPANY (sued herein as
    STARBUCKS CORPORATION, a
17  Washington corporation, dba
    STARBUCKS STORE #5618)

18  We accept the above substitution.
19  Dated: January 30, 2014
         LEWIS BRISBOIS BISGAARD & SMITH
20       LLP

22  By: */s/ Shane Singh, Esq.*
        Shane Singh
23
    IT IS SO ORDERED.
24

26  Dated: 2/11/14

27       Judge, United States District Court

28

2



F:\3628\0022\cf\SOA.docx