1  Tanya E, Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
2  332 North Second Street
San Jose, California  95112
3  Telephone (408) 298-2000
Facsimile (408) 298-6046
4
Attorneys for Plaintiff
5  Cecil Shaw

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  CECIL SHAW,                              )  No.  3:13-cv-02164-RS
                                             )
12            Plaintiff,                      )  **STIPULATION FOR EXTENSION OF**
                                             )  **TIME FOR MEDIATION; [~~PROPOSED~~]**
13       vs.                                  )  **ORDER**
                                             )
14  WESTMOOR VILLAGE, LLC, a California      )
    limited liability company, et al.,       )
15                                            )
                                             )
16            Defendants.                     )
                                             )
17  _____      )

18       **WHEREAS**, on December 19, 2013, Plaintiff filed a Notice of Need for Mediation

19  (Dkt. 43);

20       **WHEREAS**, the deadline for the parties to conduct mediation is accordingly March 19,

21  2014 pursuant to General Order 56 ¶ 7 and a mediation is currently scheduled for this date;

22       **WHEREAS**, Plaintiff has tentatively settled this matter with all defendants except

23  Starbucks Coffee Company (sued herein as Starbucks Corporation, a Washington corporation,

24  dba Starbucks Store #5618) ("Starbucks") and will be filing notices of settlement once the

25  settlement agreements are executed;

26       **WHEREAS**, Plaintiff and Starbucks are continuing to engage in settlement discussions

27  and are hopeful that a settlement can be reached informally;

28       **WHEREAS**, Plaintiff and Starbucks seek to continue the date of the mediation to April

STIPULATION FOR EXTENSION OF TIME FOR MEDIATION; [~~PROPOSED~~] ORDER

1    1, 2014 and have confirmed the availability of counsel, the party representatives, and the

2    mediator on said date;

3        **NOW, THEREFORE**, the parties hereby stipulate that the last date by which the

4    mediation must be conducted in this action be continued from March 19, 2014 to April 1,

5    2014.

6        **IT IS SO STIPULATED**.

7

8    Dated:  March 18, 2014                MOORE LAW FIRM, P.C.

9

10                         */s/ Tanya E. Moore*
                        Tanya E. Moore

11                         Attorneys for Plaintiff
                        Cecil Shaw

12

13                         LAW OFFICES OF DAVID G. FINKELSTEIN

14                         */s/ Irene Y. Fujii*

15                         Irene Y. Fujii
                        Attorneys for Defendants

16                         Westmoor Village, LLC, a California limited
                        liability company, and Harshad I. Patel dba

17                         Michael's Hallmark & Fine Gifts

18                         LAW OFFICES OF JEFFREY A. CHEN

19

20                         */s/ Jeffrey A. Chen*

21                         Jeffrey A. Chen
                        Attorneys for Defendant

22                         Shi Yong Lin dba China Wok

23                         KRING & CHUNG, LLP

24

25                         */s/ Shane Singh*
                        Shane Singh

26                         Attorneys for Defendant
                        Starbucks Coffee Company, sued herein as

27                         Starbucks Corporation, a Washington corporation,
                        dba Starbucks Store #5618

28

1

## ORDER

2       The Parties having so stipulated and good cause appearing,

3       **IT IS HEREBY ORDERED** that the last date by which the mediation must be

4  conducted in this action be continued from March 19, 2014 to April 1, 2014.

5

6  **IT IS SO ORDERED**.

7

8  Dated:  3/19/14          _____
                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28