UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECIL SHAW,<br><br>        Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>        Defendant. | Case No. 13-cv-02164-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE REGARDING SETTLEMENT OF ACTION**<br><br>Re: Dkt. No. 52 |

Before the Court is Plaintiff's Notice of Settlement of Action, filed May 1, 2014. Plaintiff states that he has reached a settlement agreement with the only remaining Defendant in the above-captioned matter. The Court has received no objection from Defendant regarding this Notice.

Plaintiff has requested until June 2, 2014 to file the dispositional documents confirming settlement. The Court thus ORDERS as follows:

The parties are set for Case Management Conference regarding the above-captioned matter on June 12, 2014, at 1:30 P.M. This Case Management Conference shall be vacated upon filing of dispositional settlement documents with the Court no later than June 5, 2014. If said documents are not filed by this date, the parties will file a joint Case Management Statement with the Court, pursuant with the Court's standing orders, no later than June 6, 2014.

**IT IS SO ORDERED.**

Dated: May 7, 2014

_____
BETH LABSON FREEMAN
United States District Judge